

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHERMAN LEE SHERIDAN<br><br>VERSUS<br><br>CORRECTIONS CORP OF<br>AMERICA, ET AL., | CIVIL ACTION NO. 1:10-cv-00648<br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss (Doc. 55) filed by Louisiana State University Health Sciences Center-Shreveport, Louisiana State University Health Sciences Center (E.A. Conway Medical Center)-Monroe, the Louisiana Department of Safety and Corrections; David Wade Correctional Center and Forcht-Wade Correctional Center IS GRANTED.

IT IS FURTHER ORDERED that all claims against Louisiana State University Health Sciences Center-Shreveport, Louisiana State University Health Sciences Center (E.A. Conway Medical Center)-Monroe, the Louisiana Department of Safety and Corrections; David Wade Correctional Center and Forcht-Wade Correctional Center are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of September, 2011.

_____
DEE D. DRELL
UNITED STATES DISTRICT JUDGE

2