

RECEIVED
SEP 27 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SHERMAN LEE SHERIDAN

VERSUS

CORRECTIONS CORP OF
AMERICA, ET AL.,

CIVIL ACTION NO. 1:10-cv-00648

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss (Doc. 55) filed by Louisiana State University Health Sciences Center-Shreveport, Louisiana State University Health Sciences Center (E.A. Conway Medical Center)-Monroe, the Louisiana Department of Safety and Corrections; David Wade Correctional Center and Forcht-Wade Correctional Center IS GRANTED.

IT IS FURTHER ORDERED that all claims against Louisiana State University Health Sciences Center-Shreveport, Louisiana State University Health Sciences Center (E.A. Conway Medical Center)-Monroe, the Louisiana Department of Safety and Corrections; David Wade Correctional Center and Forcht-Wade Correctional Center are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of September, 2011.

                                                DEE D. DRELL
                                  UNITED STATES DISTRICT JUDGE